UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert L. Wolfe,

    Plaintiff,

    v.

Athens County Court of
Common Pleas, *et al.*,

    Defendants.

Case No. 2:24-cv-4309

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The Magistrate Judge performed an initial screen of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended the Court dismiss the same for failure to state a claim. R&R, ECF No. 2. The Report and Recommendation notified Plaintiff of his right to object to that recommendation and warned Plaintiff that a failure to timely object would forfeit both the right to de novo review by the Undersigned and the right to appeal the adoption of the Report and Recommendation. *Id.* at 8.

The deadline for objecting has passed, and Plaintiff did not object. Accordingly, the Court **ADOPTS** the Report and Recommendation without conducting a de novo review and **DISMISSES** the Complaint without prejudice.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT